IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JEWEL GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CORY FURLOW, *Chief of Police*, | ) |
| | ) |
| Defendant. | ) Civil Action No. 5:23-CV-016-C |

### ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Plaintiff's claims be dismissed without prejudice for lack of subject matter jurisdiction. Plaintiff has failed to file timely objections to the Magistrate Judge's Findings, Conclusions, and Recommendation.

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration, the Court has conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court.

For the reasons stated therein, the Court **ORDERS** that Plaintiff's Motion to Proceed *In Forma Pauperis* is **DENIED** and her Motion for Appointment of Counsel is **DENIED**. Further,

the Court all of Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) and for lack of subject matter jurisdiction.

SO ORDERED.

Dated May 23, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE